# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Callaway, Henry A. | U.S. Bankruptcy Court for the Southern District of Alabama | 02/18/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
113 Saint Joseph Street
Mobile, AL 36602

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Executive Board | Mobile Area Council BSA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 02/18/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | McElhaney State Farm Agency, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Callaway, Henry A.** | 02/18/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callaway, Henry A. | 02/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. ServisFirst Bank (cash) | A | Interest | J | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. Vanguard Dividend Growth Inv Cl (VDIGX) | D | Dividend | N | T | Buy | 04/09/20 | N | | |
| 5. | | | | | Buy (add'l) | 11/13/20 | K | | |
| 6. Vanguard Dividend Apprec Index Adm Cl (VDADX) | B | Dividend | | | Sold | 04/09/20 | N | | |
| 7. Vanguard Intermediate Term Invest Grade Admiral CL (VFIDX) | D | Dividend | M | T | Sold (part) | 04/09/20 | J | | |
| 8. | | | | | Buy (add'l) | 11/13/20 | K | | |
| 9. Vanguard Short Term Invest Grade Adm (VFSUX) | C | Dividend | M | T | Sold (part) | 04/09/20 | J | | |
| 10. | | | | | Sold (part) | 05/29/20 | M | | |
| 11. | | | | | Sold (part) | 11/13/20 | J | | |
| 12. Vanguard Healthcare Adm (VGHAX) | C | Dividend | M | T | Sold (part) | 03/26/20 | K | | |
| 13. | | | | | Sold (part) | 04/09/20 | J | | |
| 14. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 15. | | | | | Sold (part) | 12/02/20 | M | | |
| 16. Vanguard Target Retirement 2025 (VTTVX) | D | Dividend | M | T | Sold (part) | 01/02/20 | K | | |
| 17. | | | | | Sold (part) | 01/24/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 02/25/20 | J | | |
| 19. | | | | | Sold (part) | 03/25/20 | J | | |
| 20. | | | | | Buy (add'l) | 04/09/20 | K | | |
| 21. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 22. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 23. | | | | | Sold (part) | 04/24/20 | J | | |
| 24. | | | | | Sold (part) | 05/22/20 | J | | |
| 25. | | | | | Sold (part) | 06/25/20 | J | | |
| 26. | | | | | Sold (part) | 07/22/20 | J | | |
| 27. | | | | | Sold (part) | 08/21/20 | J | | |
| 28. | | | | | Sold (part) | 09/22/20 | J | | |
| 29. | | | | | Sold (part) | 10/22/20 | J | | |
| 30. | | | | | Buy (add'l) | 11/13/20 | K | | |
| 31. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 32. | | | | | Sold (part) | 11/20/20 | J | | |
| 33. | | | | | Sold (part) | 12/14/20 | J | | |
| 34. Vanguard High Yield Corp Adm Cl (VWEAX) | C | Dividend | M | T | Buy | 05/29/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Callaway, Henry A.** | 02/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 36. Vanguard Intl Growth Adm Cl (VWILX) | D | Dividend | N | T | Buy (add'l) | 03/26/20 | K | | |
| 37. | | | | | Sold (part) | 04/09/20 | J | | |
| 38. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 39. Prime Cap Odyssey Aggressive Growth (POAGX) | E | Dividend | O | T | Sold (part) | 03/26/20 | K | | |
| 40. | | | | | Sold (part) | 04/09/20 | J | | |
| 41. | | | | | Sold (part) | 11/13/20 | K | | |
| 42. Vanguard S&P Mid Cap 400 Index ETF (IVOO) | A | Dividend | | | Sold (part) | 04/09/20 | J | | |
| 43. | | | | | Sold | 09/25/20 | L | | |
| 44. Vanguard S&P Mid Cap 400 Value ETF (IVOV) | | None | | | Sold | 03/25/20 | L | | |
| 45. Vanguard Mid Cap ETF (VO) | A | Dividend | M | T | Buy | 09/25/20 | L | | |
| 46. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 47. Account #2 (H) | | | | | | | | | |
| 48. Vanguard Target Retirement 2025 (VTTVX) | A | Dividend | J | T | | | | | |
| 49. Account #3 (H) | | | | | | | | | |
| 50. Vanguard Wellington Fund (VWELX) | B | Dividend | K | T | | | | | |
| 51. Account #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B.  Income during reporting period | | C.  Gross value at end of reporting period | | D.  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Wellington Fund (VWELX) | A | Dividend | J | T | | | | | |
| 53. Account #5 (H) | | | | | | | | | |
| 54. State Farm Associates Balanced Fund (STFBX) | | None | K | T | | | | | |
| 55. Account #6 (H) | | | | | | | | | |
| 56. Vanguard 529 Aggress Growth (Agg Age-based) | A | Dividend | | | Buy | 04/16/20 | J | | |
| 57. | | | | | Sold | 10/30/20 | J | | |
| 58. Vanguard 529 TRGT 36/37 | | None | J | T | Buy | 10/30/20 | J | | |
| 59. Account #7 (H) | | | | | | | | | |
| 60. Vanguard 529 Aggress Growth (Agg Age-based) (X) | A | Dividend | | | Sold | 10/30/20 | J | | |
| 61. Vanguard 529 TRGT 36/37 | | None | J | T | Buy | 10/30/20 | J | | |
| 62. Account #8 (H) | | | | | | | | | |
| 63. Alabama 529 College Counts Aggressive Age Based 3-5 (X) | | None | J | T | | | | | |
| 64. Account #9: (H) | | | | | | | | | |
| 65. NY 529 CSP Aggressive Age-Based Option: Aggressive Growth Portfolio | | None | | | Sold | 04/16/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 65: Name change; see 2019, line 54.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry A. Callaway**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544